| Case | Docket No. | Date | Judges | Disposition |
|---|---|---|---|---|
| Unger v. State | 12A02–1611–CR–2555 | 07/12/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Triplett v. State | 48A02–1611–CR–2628 | 07/12/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| C.H., In re Adoption of | 32A01–1607–AD–1599 | 07/12/2017 | BAKER, J.<br><br><br>ROBB, J.<br>BARNES, J. | Grant with separate opinion<br>Concurs<br>Concurs |
| Plunkitt v. DLJ Mortgage Capital Inc. | 32A01–1605–MF–951 | 07/13/2017 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Adams v. State | 29A02–1612–CR–2955 | 07/13/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Johnson v. State | 82A01–1611–PC–2460 | 07/13/2017 | ALTICE, J.<br>MATHIAS, J.<br>BAKER, J. | Affirmed<br>Concurs<br>Concurs in result with opinion |
| T.H. v. C.J. | 32A01–1611–AD–2712 | 07/13/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| V.H. v. St. Vincent Hospital & Health Care Center, Inc. | 49A05–1701–MH–152 | 07/13/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| M.M.C.C., Matter of Adoption of | 10A01–1612–AD–2818 | 07/14/2017 | KIRSCH, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Martin v. State | 20A05–1605–CR–1016 | 07/14/2017 | BARNES, J.<br><br><br><br>CRONE, J.<br>BAKER, J. | Affirmed in part, reversed in part, and remanded<br>Concurs<br>Concurs and dissents with separate opinion |